IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILES O. BONTY,<br><br>    Plaintiff,<br><br> v.<br><br>J. RAMSEY, et al.,<br><br>    Defendants. | No. C 10-5360 LHK (PR)<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME AS UNNECESSARY; GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME<br><br>(Docket Nos. 30, 33) |

    Plaintiff, a state prisoner proceeding *pro se*, filed a civil rights complaint under 42 U.S.C. § 1983. Before the Court is Plaintiff's request for extension of time to file his opposition to Defendants' motion to dismiss, and motion for summary judgment. On August 16, 2011, Plaintiff filed a timely opposition to Defendants' motion to dismiss, and motion for summary judgment. Therefore, the Court DENIES Plaintiff's request for an extension as unnecessary.

    Defendants' have also filed a motion for extension of time to file their reply to Plaintiff's opposition. Defendants' motion for extension of time is GRANTED. Defendants' reply is due no later than **September 29, 2011.**

    This order terminates docket nos. 30 and 33.

    IT IS SO ORDERED.

DATED:   8/30/11

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Order Denying Plaintiff's Request for Extension of Time as Unnecessary; Granting Defendants; Motion for Extension of Time
P:\PRO-SE\SJ.LHK\CR.10\Bonty360eot-oppo.wpd