IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILES O. BONTY, | No. C 10-5360 LHK (PR) |
| Plaintiff, | JUDGMENT |
| vs. | |
| OFFICER J. RAMSEY, et al., | |
| Defendants. | |

The Court has granted Defendants' motion for summary judgment. Judgment is entered in favor of Defendants and against Plaintiff. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 12/16/11

_____
LUCY H. KOH
United States District Judge

Judgment
P:\PRO-SE\SJ.LHK\CR.10\Bonty360jud.wpd