IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILES O. BONTY,<br><br>    Plaintiff,<br><br> vs.<br><br>OFFICER J. RAMSEY, et al.,<br><br>    Defendants. | No. C 10-5360 LHK (PR)<br><br>JUDGMENT |

The Court has granted Defendants' motion for summary judgment.  Judgment is entered in favor of Defendants and against Plaintiff.  The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 12/16/11

_____
LUCY H. KOH
United States District Judge

Judgment
P:\PRO-SE\SJ.LHK\CR.10\Bonty360jud.wpd